CV-16-CO-1972-E

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

77851

Inmate Identification Number:

Thomas Gaddis
(Enter above the full name of the plaintiff
in this action)

NOTICE TO FILING PARTY

It is your responsibility to
notify the clerk in writing of any
address change.

Failure to notify the clerk may
result in dismissal of your case
without further notice.

vs.

Officer Stephen, CCD Bettie,
Judge Jeb Fannin,

42 USC. § 1983

DC 2015-100697
(Enter above full name(s) of the defendant(s)
in this action)

I.  Previous lawsuits

    A.  Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
        Yes ( )        No ( ✓ )

    B.  If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff: _____N/A_____

            Defendant(s): _____N/A_____

2. Court (if Federal Court, name the district; if State Court, name the county) N/A

3. Docket number N/A

4. Name of judge to whom case was assigned N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) N/A

6. Approximate date of filing lawsuit N/A

7. Approximate date of disposition N/A

II. Place of present confinement Tallindega (?)

A. Is there a prisoner grievance procedure in this institution?
Yes ( )  No (✓)

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?  Yes ( )  No (✓)

C. If your answer is YES:

1. What steps did you take? denied

2. What was the result? denied

D. If your answer is NO, explain why not: denied

3

III. Parties.

In item (A) below, place your name in the first blank and place your present address in the second blank.

A. Name of Plaintiff(s) Thomas Gaddis

Address Talladega County Jail, PO Box B, Talladega, Al. 35161

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant Stephen, Ledbetter, Jeb Fannin

Is employed as 29th Judicial Circuit of Alabama

at Judicial Building

C. Additional Defendants 148 East Street

Talladega, Alabama, 35161

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. <u>Do not give any legal arguments or cite any cases or statues.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

Defendant, Ledbetter, defendant Judge Fannin Have Arrest, detained and Restraint plaintiff of his Liberty without A showing of probable cause. On A Judicial determination of probable cause defendants Have not provide or informed the plaintiff as to why He's being detained. defendants Have violated

4

Plaintiff [illegible] the Fourth, Fourteenth Amendment Requires the states to provide A Fair And Reliable determination of probable cause As A Condition For Any significant pretrial Restraint of Liberty; probable cause determination must be made by A Judicial officer, either before or promptly After Arrest defendants Have Failed to do so

V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

declaratory And Injunctive Relief, ] This court order The state, defendants names Herein, provide A Fair And Reliable determination of probable cause.] provide the plaintiff, His Constitutional Rights to A Judicial probable cause, determination,] defendants provide And Informed, the plaintiff As to why He's being detained And Restraint of Liberty

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12-7-2016

*Norman Gaddis*
SIGNATURE

ADDRESS Talladega County Jail
P.O Box B,
Talladega, Al 35161

AIS # 77851

5

# Statement of Facts and Corroborated Evidence

## FACTS

On October, 13th, 2015 In, Talladega County Sylacauga, Alabama, plaintiff, was, walking near, 1239 N. Main Ave plaintiff, was Arrested without probable cause, Taken To The Talladega County Jail Into Confinement, being Restraint of Liberty, by defendant Ledbetter

On October, 14, 2015, defendant Ledbetter personally appeared At A probable cause Hearing. Before, defendant Judge Fannin defendants, Hearing, wasnot Fair, or Reliable.

defendant Ledbetter, At this Hearing submitted A INSUFFICENT From complaint without A Showing of probable cause, In the complaint defendant Judge FANNIN Couldnot, and didnot, Find probable cause or made a Judicial probable cause determination

The, only, Facts that was submitted, At this Hearing defendant Ledbetter under oath say that, he has, probable cause, For believing And does, believe plaintiff committed, Count 1. MANUFACTURING A Controlled substance Count II, possession of Drug paraphernalia Key Factor 1. Affiant didnot disclose what the Source Of his belief; 2 No other witnesses under oath to examine 3 No evidence, or testimony under oath 4 no Facts or Circumstances 5, Affiant didnot state he saw, the offense being committed, or the plaintiff has committed or was committing the offense,

plaintiff Appeared before defendant Fannin, on oct 16, 2015, At A Initial Appearance, Judge didnot Informed plaintiff, The court, Finding of probable cause, Key documents Criminal complaint, Initial Appearance defendants Are In violation of the plaintiff Fourth, Fourteenth Amendment. Rights As A resulted restraint of Liberty.