FILED
2017 Sep-01 PM 02:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| THOMAS GADDIS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:16-cv-01972-LSC-JEO |
| OFFICER STEPHEN LEDBETTER and JUDGE JEB FANNIN, | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report on August 4, 2017, recommending this action be dismissed without prejudice for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). (Doc. 14). Although the magistrate judge advised the plaintiff of his right to file specific written objections within fourteen (14) days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Therefore, in accordance with 28 U.S.C. § 1915A(b)(1), this action is due to be dismissed without prejudice for failing to state a claim upon which relief can be granted.

A Final Judgment will be entered.

**DONE** and **ORDERED** on September 1, 2017.

_____
L. Scott Coogler
United States District Judge

160704